

# NUMBER 13-17-00437-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

RICARDO VAIZ AND
MARIA F. VAIZ,                                                            Appellants,

v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, AURORA BANK, FSB,
LEHMAN BROTHERS BANK, FSB, AND
NATIONSTAR MORTGAGE LLC,                                      Appellees.

---

### On appeal from the 138th District Court
### of Cameron County, Texas.

---

# ORDER OF REINSTATEMENT

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Order Per Curiam

On April 16, 2019, appellees filed a notice of bankruptcy in this appeal. On April 22, 2019, this Court, on request of the parties, abated this case due to an automatic stay from a bankruptcy proceeding. *See* 11 U.S.C.A. § 362(a); TEX. R. APP. P. 8.2.

On August 5 and August 18, 2021, the parties notified this Court that the bankruptcy proceedings have been resolved and therefore, this case can now be reinstated. *See* TEX. R. APP. P. 8.3. Accordingly, this case is hereby REINSTATED.

PER CURIAM

Delivered and filed on the
24th day of August 2021.